# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JUSTIN GONZALEZ and<br>DARRELL E. TULLOCK JR., on behalf of<br>themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AVERTEST, LLC, dba Averhealth<br><br>    Defendant. | Case No. 4:21-cv-00403-DGK |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss without prejudice the above-entitled action against Defendant Avertest, LLC, dba Averhealth (hereinafter "Defendant"). Defendant has not yet answered the Complaint or filed a motion for summary judgment. Pursuant to Rule 41(a)(1)(B), this dismissal is without prejudice

Dated: February 21, 2022              Respectfully submitted,

**LAW OFFICE OF RICHARD S. CORNFELD, LLC**

By:  /s/Richard S. Cornfeld
Richard S. Cornfeld, #31046(MO)
Daniel S. Levy, #66039(MO)
1010 Market Street, Suite 1645
St. Louis, Missouri 63101
P. 314-241-5799  / F. 314-241-5788
rcornfeld@cornfeldlegal.com
dlevy@cornfeldlegal.com

And

**THE BRUNING LAW FIRM, LLC**
Anthony S. Bruning, #30906(MO)
Anthony S. Bruning, Jr., #60200(MO)
Ryan L. Bruning, #62773MO
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
P. 314-735-8100 / F. 314-898-3078
tony@bruninglegal.com
aj@bruninglegal.com
ryan@bruninglegal.com

And

**PLEBAN & PETRUSKA LAW, LLC**
J.C. Pleban, #63166(MO)
C. John Pleban, #24190(MO)
2010 South Big Bend Boulevard
St. Louis, MO  63117
P. 314-645-6666 / F. 314-645-7376
jc@plebanlaw.com
cpleban@plebanlaw.com

**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
Alfredo Torrijos, #222458(CA)
   (*pro hac vice* application pending)
Robert M. Partain #221477(CA)
   (*pro hac vice* application pending)
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Tel: (310) 844-9696 / Fax: (310) 861-0168
alfredo@aswtlawyers.com
robert@aswtlawyers.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2022, the foregoing was filed with the Court Clerk via the Court's electronic filing system and served on upon all counsel of record via the Court's electronic notification system.

*/s/ Richard S. Cornfeld*
