# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JUSTIN GONZALEZ and DARRELL E. TULLOCK JR., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>AVERTEST, LLC, dba Averhealth,<br><br>            Defendant. | Case No. 4:21-cv-00403-DGK |

## ORDER OF DISMISSAL

On February 21, 2022, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs filed a notice of voluntary dismissal. In accordance with Rule 41(a)(1)(B), Plaintiffs have dismissed this case without prejudice.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Date:   February 23, 2022                 /s/ Greg Kays
                                                                 GREG KAYS, JUDGE
                                                                 UNITED STATES DISTRICT COURT